# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CASTRO,<br><br>             Petitioner,<br><br>    vs.<br><br>DERRAL ADAMS,<br><br>             Respondent.<br>_____/ | 1:07-cv-001595 OWW-TAG (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS<br><br>(DOCUMENT #2) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **November 8, 2007**          **/s/ Theresa A. Goldner**
                                        UNITED STATES MAGISTRATE JUDGE